PROB 12A
(REVISED 5/2011)

# United States District Court
for
Middle District of Tennessee

## Report on Offender Under Supervision

**Name of Offender:** Clayton Davis Uselton  **Case Number:** 3:08-00232-01

**Name of Sentencing Judicial Officer:** Honorable Aleta A. Trauger, United States District Judge

**Date of Original Sentence:** March 9, 2009

**Original Offense:** 18 U.S.C. § 922(g)(1) and 18 U.S.C. § 924 Convicted Felon in Possession of a Firearm

**Original Sentence:** 57 months' custody followed by three years' supervised release

**Type of Supervision:** Supervised release  **Date Supervision Commenced:** March 1, 2013

**Assistant U.S. Attorney:** Matt Everitt  **Defense Attorney:** Sumter L. Camp

---

**THE COURT ORDERS:**

☒ No Action
☐ Submit a Petition for Summons
☐ Submit a Petition for Warrant
☐ Other

Considered this 22nd day of Sept., 2013, and made a part of the records in the above case.

_____
Aleta A. Trauger
U.S. District Judge

I declare under penalty of perjury that the foregoing is true and correct.
Respectfully submitted,

_____
Kimberly Haney
U.S. Probation Officer

Place   Nashville, Tennessee

Date    September 10, 2013

## ALLEGED VIOLATIONS

The probation officer believes that the offender has violated the following condition(s) of supervision:

Violation No.   Nature of Noncompliance

1.   **The defendant shall refrain from any unlawful use of a controlled substance.**

On September 10, 2013, Mr. Uselton tested positive for marijuana use.

Mr. Uselton reported to the probation office on September 10, 2013, as instructed, for a drug test. He submitted a urine specimen which tested positive for marijuana. Mr. Uselton admitted use of same. The specimen was sent to the laboratory for confirmation.

**Compliance with Supervision Conditions and Prior Interventions:**

Clayton Davis Uselton began his term of supervised release on March 1, 2013. His term of supervision is scheduled to expire on February 28, 2016. Mr. Uselton is employed at Rim Tyme as a technician. He is also a student at Nashville Auto Diesel College.

The probation officer contacted Mr. Uselton on September 9, 2013, and instructed him to come to the probation office for a drug test on September 10, 2013. Mr. Uselton reported as instructed and a drug test was conducted. The result was positive for marijuana. Mr. Uselton stated that he had a "crook" in his neck and wanted to go to sleep. He went to buy the marijuana and smoke it so that he could sleep. The probation officer inquired about the use of over the counter medication to relieve his pain, and he stated, "It did not work."

Mr. Uselton was referred to Centerstone Mental Health on March 5, 2013. He had a substance abuse treatment assessment on June 11, 2013, and no treatment was recommended. However, the assessment indicated that Mr. Uselton would be recommended for substance abuse treatment should he test positive for any illegal drug use. The probation officer has referred Mr. Uselton back to Centerstone for substance abuse treatment.

**U.S. Probation Officer Recommendation:**

At this time, the probation officer is requesting that no additional action be taken by the Court.

It is recommended that Mr. Uselton continue on supervised release with increased drug testing and to participate in substance abuse treatment at Centerstone Mental Health. Any further non-compliant behavior will be promptly reported to Your Honor.

The U. S. Attorney's Office has been advised of the offender's noncompliance and concurs with this recommendation.

Approved: _____
Britton Shelton
Supervisory U.S. Probation Officer